# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

Jacque Berchmans Pucheu, Jr.
Pucheu, Pucheu
P.O. Box 1109
Eunice LA 70535

**REHEARING ACTION: January 15, 2014**

**Docket Number: 13   00630-CA**

**ZURICH AMERICAN INS. CO.**
**VERSUS**
**PAUL J. COX, ET AL.**

**Appealed from Evangeline Parish Case No. 73445-B**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **George Arthur Flournoy** has this day been

    **DENIED.**

cc: Valerie T. Schexnayder, Counsel for the Appellee
    Joseph Payne Williams, Counsel for the Appellee